# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ANDY FLORES**                                                                                   **PETITIONER**

**v.**                         **NO. 2:21-cv-00105 JM-PSH**

**JOHN YATES**                                                                                   **RESPONDENT**

## FINDINGS AND RECOMMENDATION

## INSTRUCTIONS

The following proposed Recommendation has been sent to United States District Judge James M. Moody, Jr. You may file written objections to all or part of this Recommendation. If you do so, those objections must: (1) specifically explain the factual and/or legal basis for your objection, and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation. By not objecting, you may waive the right to appeal questions of fact.

## DISPOSITION

Petitioner Andy Flores ("Flores") began the case at bar by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2241. He failed, though, to accompany his petition with the five dollar filing fee or an application to proceed in forma pauperis. He was notified of his oversight and given up to, and including, September 27, 2021, to correct the oversight by either paying the filing fee or filing an application to proceed in forma pauperis.[1] He was cautioned that in the event he failed to either pay the filing fee or file an application to proceed in forma pauperis by September 27, 2021, it would be recommended that this case be dismissed without prejudice.[2]

September 27, 2021, has now come and gone, and Flores has neither paid the filing fee nor filed an application to proceed in forma pauperis. Given his failure to do so, it is recommended that this case be dismissed without prejudice. Judgment should be entered for respondent John Yates.

---

[1] On August 25, 2021, the Clerk of the Court sent Flores the documents necessary to file an application to proceed in forma pauperis.

[2] Flores was also notified of his obligation to comply with Local Rule 5.5(c)(2), which provides, in part, that if "any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."

DATED this 4th day of October, 2021.

_____
UNITED STATES MAGISTRATE JUDGE