IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANDY FLORES**                                                                                       **PETITIONER**

v.                                          NO. 2:21-cv-00105 JM

**JOHN YATES**                                                                                        **RESPONDENT**

ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record and an extension of time to allow Mr. Flores to pay his filing fee, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2221 filed by petitioner Andy Flores is dismissed without prejudice. Judgment will be entered for respondent John Yates.

IT IS SO ORDERED this 3rd day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE