IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ANDY FLORES**                                                                                        **PETITIONER**

**v.**                                  **NO. 2:21-cv-00105 JM**

**JOHN YATES**                                                                                      **RESPONDENT**

## JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent John Yates.

IT IS SO ORDERED this 3rd day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE